# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 881 MAL 2015

Respondent :

: Petition for Allowance of Appeal from
: the Order of the Superior Court

v. :

RONALD D. WEAVER, :

Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of February, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Justice Eakin did not participate in the decision of this matter.